No. 74–6413. CHAVEZ v. NEW MEXICO. Ct. App. N. M. Certiorari denied. Reported below: 87 N. M. 180, 531 P. 2d 603.

No. 74–6414. DORNAU v. FLORIDA. Dist. Ct. App. Fla., 2d App. Dist. Certiorari denied. Reported below: 306 So. 2d 167.

No. 74–6415. BYRD v. RICKETTS, WARDEN. Sup. Ct. Ga. Certiorari denied. Reported below: 233 Ga. 779, 213 S. E. 2d 610.

No. 74–6419. FITZGERALD v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Reported below: 505 F. 2d 1334.

No. 74–6421. HEWLETT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. Reported below: 517 S. W. 2d 760.

No. 74–6433. STRATTON v. DIETERS ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 513 F. 2d 632.

No. 74–6439. HAYWARD v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Reported below: 508 F. 2d 322.

No. 74–6449. SKINNER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 74–6450. NAVEDO v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. Reported below: 47 App. Div. 2d 773, 365 N. Y. S. 2d 566.

No. 74–6451. MIKELL v. GILCHRIST COUNTY, FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 504 F. 2d 758.

No. 74–6453. BARKSDALE v. RYAN, JUDGE, ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 511 F. 2d 1405.